**B 1 (Official Form 1) (1/08)**

| United States Bankruptcy Court<br>Eastern District of New York | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**American Standard Testing & Consulting** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): **11-3257324** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): |

| Street Address of Debtor (No. & Street, City, and State):<br>**1300 Jericho Turnpike**<br>**New Hyde Park, NY**      ZIP CODE **11040** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Nassau** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>_____ | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☑ Chapter 11    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13 |

| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br><br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.) | **Nature of Debts**<br>(Check one box)<br><br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."    ☑ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box)<br><br>☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>**Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☑ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☑ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☑ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **American Standard Testing & Consulting** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) ☑ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). **X Not Applicable** _____ Signature of Attorney for Debtor(s)          Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**American Standard Testing & Consulting** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **Not Applicable**
 _____
 Signature of Debtor

X  **Not Applicable**
 _____
 Signature of Joint Debtor

 _____
 Telephone Number (If not represented by attorney)

 _____
 Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐  I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X  **Not Applicable**
 _____
 (Signature of Foreign Representative)

 _____
 (Printed Name of Foreign Representative)

 _____
 Date

---

**Signature of Attorney**

X  _____
 Signature of Attorney for Debtor(s)

 **Marc A. Pergament  Bar No. MP6183**
 Printed Name of Attorney for Debtor(s) / Bar No.

 **Weinberg, Gross & Pergament LLP**
 Firm Name

 **400 Garden City Plaza Garden City, New York 11530**
 Address

 _____

 **516-877-2424                516-877-2460**
 Telephone Number

 _____
 Date

 *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

 **Not Applicable**
 _____
 Printed Name and title, if any, of Bankruptcy Petition Preparer

 _____
 Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

 _____
 Address

 _____

X  **Not Applicable**
 _____
 Date

 Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

 Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

 If more than one person prepared this document, attach to the appropriate official form for each person.

 *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  _____
 Signature of Authorized Individual

 **Alan Fortich**
 Printed Name of Authorized Individual

 **President**
 Title of Authorized Individual

 _____
 Date

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

In Re:                                                    Chapter 11

American Standard Testing & Consulting
Laboratories, Inc.,                                                       Case No.

        Debtor.                                  CORPORATE RESOLUTION

---------------------------------------------------------X


        The undersigned, the President of American Standard Testing & Consulting

Laboratories, Inc., a corporation existing under the laws of the State of New York does hereby

certify that a duly called meeting of the directors of American Standard Testing & Consulting

Laboratories, Inc., the following resolutions were adopted, and have not been modified or

rescinded, and are still in full force and effect:

        "Resolved, that in the judgment of the shareholders and directors, it is desirable and

in the best interest of the corporation, that Alan Fortich, President of the Corporation, be

empowered to cause a petition under Chapter 11 of the Bankruptcy Code to be filed by the

corporation upon such date, and in the event, in his discretion, such action should be necessary for

the protection of the corporation and preservation of its assets without further notice to the directors

of American Standard Testing & Consulting Laboratories, Inc., and it is further

        Resolved, that Alan Fortich be and hereby is, authorized to execute and file all

petitions, schedules, lists and other papers and to take any and all action which he may deem

necessary and proper in connection with such proceedings under Chapter 11, and in that

connection, to retain and employ Weinberg, Gross & Pergament LLP and to retain and employ all

other professionals which they may deem necessary or proper with a view towards a successful

conclusion of such a reorganization case."

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 26 day of January 2010.

Alan Fortich, President

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

————————————————x

In Re:

**American Standard Testing & Consulting**

**Case No.**

**Chapter    11**

Debtor(s)

————————————————x

## VERIFICATION OF CREDITOR MATRIX/LIST OF CREDITORS

The undersigned debtor(s) or attorney for the debtor(s) hereby verifies that the creditor matrix/list of creditors submitted herein is true and correct to the best of his or her knowledge.

Dated: 1\26\10

_____

**Alan Fortich**
Debtor

_____

**Marc A. Pergament**
Attorney for Debtor

Alan Fortich
1300 Jericho Tpke.
New Hyde Park, NY  11040


Alan Fortich
1300 Jericho Tpke.
New Hyde Park, NY  11040


American Express
P.O. Box 1270
Newark, NJ  07101


Banco Popular
Visa Commercial Card
P.O. Box 690547
Orlando, FL  32869


Cintas Corporation
500 South Research Place
Central Islip, NY  11722


David Malito & Hutcher, LLP
605 Third Avenue
New York, NY  10158


Deer Park Direct
P.O. Box 856192
Louisville, KY  40285


Deltek, Inc.
P.O. Box 79581
Baltimore, MD  21279


Delzotto Consulting
Triquerta Consulting
723 South Jessup Street
Philadelphia, PA  19147

Department of the Treasury
Internal Revenue Service
Cincinatti, OH

Ford Credit
P.O. Box 105697
Atlanta, GA   30348

Ford Credit
P.O. Box 150697
Atlanta, GA   30348

Home Depot Credit Serv.
P.O. Box 6029
The Lakes, NV   88907

Ikon Financial Services
P.O. Box 41564
Philadelphia, PA   19101

Internal Revenue Service
Special Procedures
625 Fulton Street
10 Metrotech Center
Brooklyn, NY   11201

Internal Revenue Service
11601 Roosevelt Blvd.
P.O. Box 21126
Philadelphia, PA   19114

James Hughes & Susan Hughes
c/o Nicoletti Gonson & Spinner LLP
546 Fifth Avenue, 20th Floor
New York, NY   10036

Joel Siegel, Esq.
70 Lafayette Street
New York, NY   10013

Kaufman Dolowich
Voluck & Gonzo LLP
135 Crossways Park Drive
Woodbury, NY   11797


Local 282 Welfare, Pension, Annuity
c/o Friedman & Wolf
1500 Broadway, Suite 2300
New York, NY   10036


Meltzer, Lippe, Goldstein
& Breitstone, LLP
190 Willis Avenue
Mineola, NY   11501


Merrill Lynch
222 N. Lasalle Street
Chicago, IL   60601


Miller & Company LLP
12-06 149th Street
Whitestone, NY   1357


Modern Matrix Services, Inc.
28 Family Lane
Levittown, NY   11756


N&N Drilling
P.O. Box 95
Reckville, PA   18452


NSA Shore Agency, Inc.
P.O. Box 371461
PIttsburgh, PA   15250


NYS Dept. of Taxation & Finance
Bankruptcy Unit
P.O. Box 5300
Albany, NY   12205-5300

NYS Dept. of Taxation & Finance
Bankruptcy Unit-TCD
Bldg. 8, Room 455
WA Harriman St. Campus
Albany, NY 12227

NYS Employment Taxes
P.O. Box 4120
Binghamton, NY 13902

Philotechnics, Ltd.
P.O. Box 102158
Atlanta, GA 30368

Popular Leasing
Lock Box #771922
1922 Solutions Center
Chicago, IL 60677

Purchase Power
P.O. Box 856042
Louisville, KY 40285

Sovereign Bank
P.O. Box 12707
Reading, PA 19612

Sovereign Bank
P.O. Box 14833
Reading, PA 19612

Sprint
P.O. Box 4181
Carol Stream, IL 60197

Staples Credit Plan
P.O. Box 689020
Des Moines, IA 50368

State of New York
Office of Attorney General
120 Broadway
New York, NY   10271


United Shipping Solutions
214 Smith Street
Suite 301
Perth Amboy, NJ   08861


United States Attorney
Eastern Dist. of New York
610 Federal Plaza, 5th Fl.
Central Islip, NY   11722-4454
Attn: L.I. Bankruptcy Processing


Verizon
c/o Bankruptcy Group
3900 Wasington Street
Floor 1
Wilmington, DE   19802


Verizon
P.O. Box 4830
Trenton, NJ   08650

# UNITED STATES BANKRUPTCY COURT
## Eastern District of New York

In re: __American Standard Testing & Consulting_____,   Case No.

Debtor

Chapter   **11**

# Exhibit "A" to Voluntary Petition

1.   If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is .

2.   The following financial data is the latest available information and refers to debtor's condition on .

a.   Total assets                                                  $ _____ **126,445.81**

b.   Total debts (including debts listed in 2.c., below)           $ _____ **1,103,246.95**

Approximate<br>number of<br>holders

c.   Debt securities held by more than 500 holders.

    secured          unsecured          subordinated       _____     _____

d.   Number of shares of preferred stock                          _____     _____

e.   Number of shares of common stock                             _____     _____

    Comments, if any:

3.   Brief description of debtor's business:

    **Construction and Material Testing Inspectors**

4.   List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

    **Alan Fortich - 100%**

# United States Bankruptcy Court
## Eastern District of New York

In re  **American Standard Testing & Consulting**                    ,   Case No. _____

Debtor                                               Chapter  **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **Internal Revenue Service**<br>**Special Procedures**<br>**625 Fulton Street**<br>**10 Metrotech Center**<br>**Brooklyn, NY 11201** | | | **DISPUTED** | $112,579.36 |
| **Sovereign Bank**<br>**P.O. Box 12707**<br>**Reading, PA 19612** | | | | $100,000.00 |
| **NYS Dept. of Taxation & Finance**<br>**Bankruptcy Unit**<br>**P.O. Box 5300**<br>**Albany, NY 12205-5300** | | | **DISPUTED** | $33,115.10 |
| **Miller & Company LLP**<br>**12-06 149th Street**<br>**Whitestone, NY 1357** | | | | $25,000.00 |
| **Banco Popular**<br>**Visa Commercial Card**<br>**P.O. Box 690547**<br>**Orlando, FL 32869** | | | | $24,000.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re  **American Standard Testing & Consulting**                                      , Case No. _____
                          Debtor                                              Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **American Express**<br>P.O. Box 1270<br>Newark, NJ 07101 | | | | $11,000.00 |
| **Staples Credit Plan**<br>P.O. Box 689020<br>Des Moines, IA 50368 | | | | $10,680.90 |
| **Sprint**<br>P.O. Box 4181<br>Carol Stream, IL 60197 | | | | $10,000.00 |
| **Delzotto Consulting**<br>**Triquerta Consulting**<br>723 South Jessup Street<br>Philadelphia, PA 19147 | | | | $8,500.00 |
| **David Malito & Hutcher, LLP**<br>605 Third Avenue<br>New York, NY 10158 | | | | $6,156.46 |
| **Cintas Corporation**<br>500 South Research Place<br>Central Islip, NY 11722 | | | | $4,000.00 |

In re __American Standard Testing & Consulting_____, Case No. _____

_____Debtor_____ Chapter __11_____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, gov- ernment contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **Purchase Power**<br>**P.O. Box 856042**<br>**Louisville, KY 40285** | | | | $4,000.00 |
| **Home Depot Credit Serv.**<br>**P.O. Box 6029**<br>**The Lakes, NV 88907** | | | | $4,000.00 |
| **Philotechnics, Ltd.**<br>**P.O. Box 102158**<br>**Atlanta, GA 30368** | | | | $3,065.00 |
| **American Express**<br>**P.O. Box 1270**<br>**Newark, NJ 07101** | | | | $3,000.00 |
| **N&N Drilling**<br>**P.O. Box 95**<br>**Reckville, PA 18452** | | | | $3,000.00 |
| **Deltek, Inc.**<br>**P.O. Box 79581**<br>**Baltimore, MD 21279** | | | | $2,594.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re __American Standard Testing & Consulting_____ , Case No. _____

                                     Debtor                 Chapter  __11_____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **Kaufman Dolowich Voluck & Gonzo LLP 135 Crossways Park Drive Woodbury, NY 11797** | | | | $2,000.00 |
| **Modern Matrix Services, Inc. 28 Family Lane Levittown, NY 11756** | | | | $1,000.00 |
| **United Shipping Solutions 214 Smith Street Suite 301 Perth Amboy, NJ 08861** | | | | $921.14 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Alan Fortich, President of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: __1\26\10_____           Signature: _____

                                         **Alan Fortich ,President**
                                         (Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

In re  **American Standard Testing & Consulting** _____ ,  Case No. _____

Debtor                                                                     (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐     Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7347<br><br>**Ford Credit**<br>P.O. Box 105697<br>Atlanta, GA  30348 | | | **2006 Ford F150**<br><br>**VALUE $8,370.00** | | | | 9,000.00 | 0.00 |
| ACCOUNT NO. 2304<br><br>**Ford Credit**<br>P.O. Box 105697<br>Atlanta, GA  30348 | | | **2005 Ford Explorer**<br><br>**VALUE $9,150.00** | | | | 11,000.00 | 0.00 |
| ACCOUNT NO. 9071<br><br>**Ford Credit**<br>P.O. Box 150697<br>Atlanta, GA  30348 | | | **2007 Ford F150**<br><br>**VALUE $7,375.00** | | | | 16,000.00 | 0.00 |
| ACCOUNT NO. 5338<br><br>**Ford Credit**<br>P.O. Box 105697<br>Atlanta, GA  30348 | | | **2006 Ford F150**<br><br>**VALUE $8,370.00** | | | | 9,800.00 | 0.00 |

2     continuation sheets
attached

Subtotal ➢
(Total of this page)

Total ➢
(Use only on last page)

| $ | 45,800.00 | $ | 0.00 |
|---|---|---|---|
| $ | | $ | |

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  **American Standard Testing & Consulting**                    ,          Case No. _____
                                    Debtor                                                          (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1460 <br><br> **Ford Credit** <br> **P.O. Box 105697** <br> **Atlanta, GA 30348** | | | **2004 Ford F550** <br><br> **VALUE $17,900.00** | | | | 5,000.00 | 0.00 |
| ACCOUNT NO. 7674 <br><br> **Ford Credit** <br> **P.O. Box 105697** <br> **Atlanta, GA 30348** | | | **2006 Ford F150** <br><br> **VALUE $8,370.00** | | | | 15,700.00 | 0.00 |
| ACCOUNT NO. 7323 <br><br> **Ford Credit** <br> **P.O. Box 105697** <br> **At;anta, GA 30348** | | | **2004 Ford F550** <br><br> **VALUE $17,900.00** | | | | 9,000.00 | 0.00 |
| ACCOUNT NO. 7D03 <br><br> **Merrill Lynch** <br> **222 N. Lasalle Street** <br> **Chicago, IL 60601** <br><br><br> **Joel Siegel, Esq.** <br> **70 Lafayette Street** <br> **New York, NY 10013** | X | | **Accounts Receivable** <br> **Sample Splitter, Muffle Furnace,** <br> **Oven, Scales, Molds, etc.** <br> **Line of Credit** <br><br> **VALUE $50,000.00** | | | | 487,000.00 | 0.00 |

Sheet no. 1 of 2 continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal ▷
(Total of this page)

Total ▷
(Use only on last page)

| | |
|---|---|
| $  516,700.00 | $          0.00 |
| $ | $ |

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re __American Standard Testing & Consulting_____ ,     Case No. _____
                                     Debtor                                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 317/318/315<br><br>Popular Leasing<br>Lock Box #771922<br>1922 Solutions Center<br>Chicago, IL  60677 | X | | Sample Splitter, Muffle Furnace, Oven, Scales, Molds, etc.<br><br>VALUE $50,000.00 | | | | 120,000.00 | 0.00 |
| ACCOUNT NO. 0214/0915<br><br>Sovereign Bank<br>P.O. Box 14833<br>Reading, PA  19612 | X | | Sample Splitter, Muffle Furnace, Oven, Scales, Molds, etc.<br><br>VALUE $50,000.00 | | | | 50,000.00 | 0.00 |

Sheet no. _2_ of _2_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal  >
(Total of this page)

| | |
|---|---|
| $    170,000.00 | $        0.00 |

Total  >
(Use only on last page)

| | |
|---|---|
| $    732,500.00 | $        0.00 |

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re    **American Standard Testing & Consulting**                **Case No.** _____
                                         Debtor                                                     (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❑    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑   **Domestic Support Obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑   **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑   **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑   **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

## ❑ Certain farmers and fishermen

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

## ❑ Deposits by individuals

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

## ☑ Taxes and Certain Other Debts Owed to Governmental Units

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

## ❑ Commitments to Maintain the Capital of an Insured Depository Institution

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

## ❑ Claims for Death or Personal Injury While Debtor Was Intoxicated

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>4</u> **continuation sheets attached**

In re   **American Standard Testing & Consulting**       Case No.  _____
                         Debtor                               (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Type of Priority:  Wages, Salaries, and Commissions

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Local 282 Welfare, Pension, Annuity<br>c/o Friedman & Wolf<br>1500 Broadway, Suite 2300<br>New York, NY  10036** | X | | **Contributions** | | | X | **unknown** | **0.00** | **$0.00** |

Sheet no. _2_ of _4_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals▶<br>(Totals of this page) | $     0.00 | $    0.00   $    0.00 |
| Total ▷<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | |
| Total ▷<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $      $ |

In re  **American Standard Testing & Consulting**    Case No. _____
_____,                          (If known)
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Internal Revenue Service**<br>**Special Procedures**<br>**625 Fulton Street**<br>**10 Metrotech Center**<br>**Brooklyn, NY  11201**<br><br>**United States Attorney**<br>**Eastern Dist. of New York**<br>**610 Federal Plaza, 5th Fl.**<br>**Central Islip, NY  11722-4454**<br>**Attn: L.I. Bankruptcy Processing**<br><br>**Internal Revenue Service**<br>**11601 Roosevelt Blvd.**<br>**P.O. Box 21126**<br>**Philadelphia, PA  19114**<br><br>**Department of the Treasury**<br>**Internal Revenue Service**<br>**Cincinatti, OH** | | | **Payroll taxes** | | | X | 112,579.36 | 0.00 | $112,579.36 |

Sheet no. _3_ of _4_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals➤ (Totals of this page) | $  112,579.36 | $        0.00 | $   112,579.36 |
| Total  ➤ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total  ➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ | $ |

In re **American Standard Testing & Consulting**
_____,
Debtor

Case No. _____
(If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Type of Priority: Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **NYS Dept. of Taxation & Finance Bankruptcy Unit P.O. Box 5300 Albany, NY 12205-5300** **NYS Dept. of Taxation & Finance Bankruptcy Unit-TCD Bldg. 8, Room 455 WA Harriman St. Campus Albany, NY 12227** **State of New York Office of Attorney General 120 Broadway New York, NY 10271** **NYS Employment Taxes P.O. Box 4120 Binghamton, NY 13902** | | | **Unemployment taxes** | | | X | 33,115.10 | 0.00 | $33,115.10 |

Sheet no. 4 of 4 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ▷
(Totals of this page)    $ **33,115.10** | $ **0.00** | $ **33,115.10**

Total ▷
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $ **145,694.46**

Total ▷
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $ **0.00** | $ **145,694.46**

B6F (Official Form 6F) (12/07)

In re  **American Standard Testing & Consulting** _____     Case No. _____
                                                Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐     Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   25007<br><br>**American Express**<br>**P.O. Box 1270**<br>**Newark, NJ  07101** | | | **05/01/2005**<br><br>**Credit Card** | | | | 11,000.00 |
| ACCOUNT NO.   51003<br><br>**American Express**<br>**P.O. Box 1270**<br>**Newark, NJ  07101** | | | **05/01/2005**<br><br>**Credit Card** | | | | 3,000.00 |
| ACCOUNT NO.   6033<br><br>**Banco Popular**<br>**Visa Commercial Card**<br>**P.O. Box 690547**<br>**Orlando, FL  32869** | | | **06/01/1995**<br><br>**Credit Card** | | | | 24,000.00 |
| ACCOUNT NO.<br><br>**Cintas Corporation**<br>**500 South Research Place**<br>**Central Islip, NY  11722** | | | **Uniform Service** | | | | 4,000.00 |

<u>4</u>   Continuation sheets attached

                                                                    Subtotal  ➤  $        42,000.00

                                                                      Total  ➤  $
                                           (Use only on last page of the completed Schedule F.)
                                   (Report also on Summary of Schedules and, if applicable on the Statistical
                                          Summary of Certain Liabilities and Related Data.)

In re  __American Standard Testing & Consulting_____,    Case No. _____
                        Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>David Malito & Hutcher, LLP<br>605 Third Avenue<br>New York, NY 10158 | | | Services | | | | 6,156.46 |
| ACCOUNT NO.   9436<br><br>Deer Park Direct<br>P.O. Box 856192<br>Louisville, KY 40285 | | | 06/01/1995<br>Services | | | | 200.00 |
| ACCOUNT NO.<br><br>Deltek, Inc.<br>P.O. Box 79581<br>Baltimore, MD 21279 | | | 06/01/2000<br>Computer Software | | | | 2,594.00 |
| ACCOUNT NO.<br><br>Delzotto Consulting<br>Triquerta Consulting<br>723 South Jessup Street<br>Philadelphia, PA 19147 | | | 06/01/2006<br>Computer Consultant | | | | 8,500.00 |
| ACCOUNT NO.   9441<br><br>Home Depot Credit Serv.<br>P.O. Box 6029<br>The Lakes, NV 88907 | | | 07/01/1995<br>Credit Card | | | | 4,000.00 |

Sheet no. _1_ of _4_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >   $                21,450.46

Total  >   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __American Standard Testing & Consulting_____     Case No. _____
                                    Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0216/140A <br><br> Ikon Financial Services <br> P.O. Box 41564 <br> Philadelphia, PA  19101 | | | 06/01/1995 <br><br> **Copy Machine and Facsimile Lease** | | | | 884.99 |
| ACCOUNT NO.  05000915 <br><br> **James Hughes & Susan Hughes** <br> **c/o Nicoletti Gonson & Spinner LLP** <br> **546 Fifth Avenue, 20th Floor** <br> **New York, NY  10036** | | | **Judgment** | | | | unknown |
| ACCOUNT NO. <br><br> **Kaufman Dolowich** <br> **Voluck & Gonzo LLP** <br> **135 Crossways Park Drive** <br> **Woodbury, NY  11797** | | | **Legal Services** | | | | 2,000.00 |
| ACCOUNT NO. <br><br> **Miller & Company LLP** <br> **12-06 149th Street** <br> **Whitestone, NY  1357** | | | 03/01/1995 <br><br> **Accounting Services** | | | | 25,000.00 |
| ACCOUNT NO. <br><br> **Modern Matrix Services, Inc.** <br> **28 Family Lane** <br> **Levittown, NY  11756** | | | 05/01/2005 <br><br> **Alarm Systems** | | | | 1,000.00 |

Sheet no. _2_ of _4_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 28,884.99

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   **American Standard Testing & Consulting**                    Case No. _____
                                    Debtor                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**N&N Drilling**<br>P.O. Box 95<br>Reckville, PA 18452 | | | 06/01/1995<br>**Supplies** | | | | 3,000.00 |
| ACCOUNT NO.   27840<br>**NSA Shore Agency, Inc.**<br>P.O. Box 371461<br>Pittsburgh, PA 15250 | | | 06/01/2000<br>**Federal Express Shipping** | | | | 200.00 |
| ACCOUNT NO.<br>**Philotechnics, Ltd.**<br>P.O. Box 102158<br>Atlanta, GA 30368 | | | 02/01/2007 | | | | 3,065.00 |
| ACCOUNT NO.   5964<br>**Purchase Power**<br>P.O. Box 856042<br>Louisville, KY 40285 | | | 07/01/1995<br>**Postage Machine Lease** | | | | 4,000.00 |
| ACCOUNT NO.   532-5/0026<br>**Sovereign Bank**<br>P.O. Box 12707<br>Reading, PA 19612 | | | **Line of Credit** | | | | 100,000.00 |

Sheet no. _3_ of _4_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $         110,265.00

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **American Standard Testing & Consulting**
_____
Debtor

Case No. _____
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4111 <br><br> Sprint <br> P.O. Box 4181 <br> Carol Stream, IL 60197 | | | 06/01/1995 <br><br> Phone Services | | | | 10,000.00 |
| ACCOUNT NO. 1645 <br><br> Staples Credit Plan <br> P.O. Box 689020 <br> Des Moines, IA 50368 | | | 06/01/1995 <br><br> Credit Card | | | | 10,680.90 |
| ACCOUNT NO. 4126 <br><br> United Shipping Solutions <br> 214 Smith Street <br> Suite 301 <br> Perth Amboy, NJ 08861 <br><br> Meltzer, Lippe, Goldstein <br> & Breitstone, LLP <br> 190 Willis Avenue <br> Mineola, NY 11501 | | | 05/01/2005 <br><br> Shipping Services | | | | 921.14 |
| ACCOUNT NO. <br><br> Verizon <br> P.O. Box 4830 <br> Trenton, NJ 08650 <br><br> Verizon <br> c/o Bankruptcy Group <br> 3900 Wasington Street <br> Floor 1 <br> Wilmington, DE 19802 | | | 06/01/1995 <br><br> Telephone Services | | | | 850.00 |

Sheet no. 4 of 4 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 22,452.04

Total ➤ $ 225,052.49

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re:  American Standard Testing & Consulting                    ,     Case No.  _____
                              Debtor                                                          (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| A.M. Lombardo<br>1300 Jericho Turnpike<br>New Hyde Park, NY | Landlord |
| Ford Motor Credit Company<br>Commercial Lease Serv. Center<br>P.O. Box 239850<br>Las Vegas, NV  89105 | F150 4X4 |
| Ikon Financial<br>P.O. Box 41564<br>PHiladelphia PA  19101 | Copier and Facsimile Machine |

In re: **American Standard Testing & Consulting**　　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE H - CODEBTORS

☐　Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Alan Fortich**<br>**1300 Jericho Tpke.**<br>**New Hyde Park, NY  11040** | **Local 282 Welfare, Pension, Annuity**<br>**c/o Friedman & Wolf**<br>**1500 Broadway, Suite 2300**<br>**New York, NY  10036** |
| **Alan Fortich**<br>**1300 Jericho Tpke.**<br>**New Hyde Park, NY  11040** | **Merrill Lynch**<br>**222 N. Lasalle Street**<br>**Chicago, IL  60601** |
| **Alan Fortich**<br>**1300 Jericho Tpke.**<br>**New Hyde Park, NY  11040** | **Popular Leasing**<br>**Lock Box #771922**<br>**1922 Solutions Center**<br>**Chicago, IL  60677** |
| **Alan Fortich**<br>**1300 Jericho Tpke.**<br>**New Hyde Park, NY  11040** | **Sovereign Bank**<br>**P.O. Box 14833**<br>**Reading, PA  19612** |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

In Re:                                    Chapter 11

American Standard Testing & Consulting
Laboratories, Inc.,                       Case No.

                    Debtor.               Affidavit Under Local
                                          Bankruptcy Rule 1007-3
----------------------------------------------------------X

STATE OF NEW YORK    )
                         ss.:
COUNTY OF NASSAU     )

      Alan Fortich, being duly sworn, deposes and says:

      1.    I am the President of American Standard Testing & Consulting Laboratories, Inc., the above-named debtor (hereinafter "Debtor"). I submit this affidavit in accordance with Local Bankruptcy Rule 1007-3 and in connection with the Debtor's voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") filed herein.

      2.    The principal office of the Debtor is located in this district at 1300 Jericho Turnpike, New Hyde Park, New York.

      3.    The Debtor's taxpayer identification number is 11-3257324.

      4.    There is neither a case under the former Bankruptcy Act nor under the Bankruptcy Code currently pending by or against the Debtor.

      5.    No official or unofficial committee of creditors of the Debtor has been organized as of this date.

      6.    No property of the Debtor is in the possession or custody of any custodian, public officer, receiver, trustee, assignee of rents, or secured creditor or agent for any such persons.

8. A listing of the Debtor's twenty (20) largest unsecured creditors, excluding insiders, is attached to the Debtor's petition.

9. During the pendency of these proceedings, the Debtor intends to continue its operations as a testing laboratory for the construction industry.

10. The Debtor operates its business from 1300 Jericho Turnpike, New Hyde Park, New York.

11. It is anticipated that the Debtor's operations in the next thirty (30) days will result in a small operating profit. The company has approximately twenty eight (28) employees. The officer's monthly salary will be approximately $14,500.00 per month.

12. No stocks, bonds, debentures, or other securities of the Debtor have been publicly issued.

13. The Debtor does not have any assets located outside the territorial limits of the United States.

14. It is desirable for the Debtor to continue its operations, as the Debtor believes itself to be capable of effectuating a reorganization.

_____
Alan Fortich

Sworn to before me this
26 day of January, 2010.

_____
NOTARY PUBLIC

MARC A. PERGAMENT
NOTARY PUBLIC, State of New York
No. 02PE5012095
Qualified in Nassau County
Commission Expires July 15, 79
2011

2